ADAM L. BRAVERMAN
United States Attorney
ANDREW P. YOUNG
Illinois Bar No: 6284303
MARK W. PLETCHER
Colorado Bar No.: 34615
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7981
Email: andrew.p.young2@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>OWEN HANSON (1),<br>   aka "O-Dog,"<br><br>        Defendant. | Case No. 15cr2310-WQH<br><br>NOTICE OF ORDER OF FORFEITURE |

To:

Rufus Leon Rhone (2)
c/o Michael Gary Raab, Esq.
RAAB | MAHONEY
One Bunker Hill Building
601 West Fifth Street, 8th Floor
Los Angeles CA 90071

Luke Fairfield (3)
c/o Kenneth A. Reed
Attorney at Law
404 West Fourth Street, Suite C
Santa Ana CA 92701

Kenny Hilinski (4)
c/o Victor N. Pippins, Esq.
HIGGS FLETCHER & MACK
401 West "A" Street, Suite 2600
San Diego CA 92101

Giovanni Brandolino (5)
c/o Marc Scott Levinson
Attorney at Law
402 West Broadway, #1700
San Diego CA 92101

Daniel Portley-Hanks (6)
c/o Kenneth Robert McMullan
Attorney at Law
105 West F Street, 4th Floor
San Diego CA 92101

Jack Rissell (7)
c/o David R. Silldorf
Attorney at Law
1660 Hotel Circle North, Suite 701
San Diego CA 92108

| | |
|---|---|
| Derek Loville (8)<br>c/o Francisco J. Sanchez, Jr.<br>Attorney at Law<br>185 West F Street, Suite 100<br>San Diego CA 92101 | Dee Foxx (17)<br>c/o Samantha A. Greene, Esq.<br>Sevens Legal, APC<br>3555 Fourth Avenue<br>San Diego CA 92103 |
| Charlie D'Agostino (9)<br>c/o Gretchen C. VonHelms<br>Attorney at Law<br>105 West F Street, Third Floor<br>San Diego CA 92101 | Khalid Petras (18 )<br>c/o Jeremy D. Warren, Esq.<br>Warren & Burstein<br>501 W. Broadway, Suite 240<br>San Diego CA 92101 |
| Marlyn Villareal (10)<br>c/o Michael Stephen Berg<br>Attorney at Law<br>402 West Broadway, Suite 1300<br>San Diego CA 92101 | Rahul Bhagat (19)<br>c/o Peter Blair<br>Attorney at Law<br>401 West A Street, Suite 1420<br>San Diego CA 92101 |
| Dylan Anderson (11)<br>c/o Jeremy D. Warren, Esq.<br>Warren & Burstein<br>501 W. Broadway, Suite 240<br>San Diego CA 92101 | David Kipper (20)<br>c/o Daniel F. Greene, Esq.<br>Law Offices of Kerry L. Armstrong<br>2214 Second Avenue<br>San Diego CA 92101 |
| Tim Bryan (12)<br>c/o Michael J. McCabe<br>Attorney at Law<br>2442 Fourth Avenue<br>San Diego CA 92101 | Todd Oldham (22)<br>c/o Jason T. Conforti<br>Attorney at Law<br>550 West "C" Street, Suite 790<br>San Diego CA 92101 |
| James Harold (Jim) Muse, Jr. (13)<br>c/o Donte Terrill Wyatt<br>Attorney at Law<br>2550 5th Avenue, Suite 815<br>San Diego CA 92103 | Daniel Ortega (23)<br>c/o Andre L. Verdun<br>Crowley Law Group<br>401 West A Street, Suite 1100<br>San Diego, CA 92101 |
| Jeff Bellandi (14)<br>c/o Amy E. Jacks<br>Law Office of Amy E. Jacks<br>315 East 8th Street, Suite 801<br>Los Angeles CA 90014 | Crista Hanson<br>  aka Crista Velarde-Flores<br>262 N. Crescent Drive, #2E<br>Beverly Hills CA 90210-4832 |
| Curtis Chen (15)<br>c/o Jerod Gunsberg<br>Attorney at Law<br>643 S. Olive Street, Suite 717<br>Los Angeles, CA 90014 | Henk De Goeij<br>Rolling Hills Estates<br>c/o Knut S. Johnson<br>Attorney at Law<br>550 West C Street, Suite 790<br>San Diego CA 92101-4905 |
| James Duley (16)<br>c/o Brian P. Funk<br>Attorney at Law<br>964 Fifth Avenue, Suite 214<br>San Diego CA 92101 | |

//

NOTICE IS HEREBY GIVEN under the authority of the Preliminary Order of Criminal Forfeiture entered by the Honorable William Q. Hayes, Judge, United States District Court, Southern District of California (copy enclosed), and pursuant to 18 U.S.C. § 1963(a) and 21 U.S.C. § 853, that all right, title and interest of Defendant OWEN HANSON (1) in the following-described properties have been condemned and forfeited to the United States of America:

$115,789.02 in funds from Business Account Number 976481770 held in the name of Inmobilaria Rolling Hills SA de CV, at JPMorgan Chase Bank

2011 Porsche Panamera, VIN: WP0AA2A72BL019885, valued at $100,000

Gold and silver coins, bullion, and bars seized 3/16/2017 and valued at $69,635.19

$111,800.00 U.S. Currency seized on 8/5/2016

Western Union Money Orders totaling $2,090 seized on 1/27/2016 from 616 Shadybrook Lane #211, Corona, CA

$2,474.00 U.S. Currency seized on 1/27/2016 from 616 Shadybrook Lane #211, Corona, CA

One frame containing miscellaneous foreign currency (F1000 Swiss Franc, €500 Euro note, AU$100 Australian Dollar) and $1,000 U.S. Dollar note seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

10oz Australian silver; One kilo of Australian silver seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

Five (5) plastic cases containing ninety-nine (99) U.S. Liberty Silver Dollars seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

Three (3) watches: Curtis & Co.; Hublot; Dior seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

Six (6) watches: Black Porsche design; Richard Mille; Audemars Piguet; Hublot; Vestal; Hublot seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA;

Six (6) $50 U.S. gold coins seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

One (1) silver and black bracelet, a 2004 Rose Bowl watch, and a 2005 Orange Bowl watch seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

One (1) D. Yurman 925 silver necklace with pendant, a brown band Curtis & Co. watch, a white band Curtis 7 Co. watch, and a black band Curtis & Co. watch seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

One (1) Royal Oak Offshore watch bearing serial #354 seized on 9/9/2015 from a Porsche Panamera in possession of Owen Hanson

$281.17 U.S. Currency seized on 9/9/2015 from a Porsche Panamera in possession of Owen Hanson

One (1) $5,000 Placer County Water Agency Bond No. A18419 seized on 9/9/2015 from US Private Vaults, Box 312, 9812 W. Olympic Blvd., Beverly Hills, CA

Eight (8) plastic containers each with twenty (20) one ounce silver coins seized on 9/9/2015 from US Private Vaults, Box 312, 9812 W. Olympic Blvd., Beverly Hills, CA

Eleven (11) plastic containers each containing twenty (20) one ounce silver coins seized on 9/9/2015 from US Private Vaults, Box 4102, 9812 W. Olympic Blvd., Beverly Hills, CA

One (1) white/clear container with ten (10) one ounce coins seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Twenty-six (26) ten ounce silver bars seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Ten (10) one ounce silver coins with Australian Koalas seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

One (1) one ounce silver coin loose in box seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

One (1) five ounce silver coin in clear container seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Nine (9) containers with green caps containing twenty (20) one ounce silver coins per container seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Six (6) white/clear containers with twenty (20) one ounce silver coins per container seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

$50,000.00 U.S. Currency

Condominium in Lima, Peru, valued at $250,000 - Vanessa Rodriguez

Cabo San Lucas B.C Mexico house under construction; sold interest in 9/2015 for $100,000 (Charlie D'Agostino)

54' Sailboat titled in name of Paulie Aliota Newport Beach, CA, valued at $140,000

$800,000 invested in Lou's on the Hill Restaurant, Torrance, CA

1/4 interest in unknown number of shares in 3000 sq. ft. house in Punta Arenas, Costa Rica, $400,000

Gold and silver valued at approx. $50,000 at Blue Vault San Diego

1000 1-oz. silver Canadian Maple Leaf coins valued at $18,000

$195,000 cash held by Kenny Bilinski

$140,000 cash held by Giovanni Brandolino

$10,000 cash of the Defendant held in Banco de Costa Rica

$300,000 cash held by Tim from New York (lives in Miami/LA)

$120,000 cash held by Jeff Bellandi

$30,000 cash held by Marlyn Villareal

2009 Chevrolet Suburban Mobile Office, Mike's Limo valued at $90,000

Jet Smarter private jet service annual fee, $15,000

2007 Chevrolet Tahoe, Costa Rica valued at $25,000

$2.5 million cash held by R.J. Cipriani

$702,000 cash held by Shaun Caralen, Australia

2006 Range Rover in OC Mike's name valued at $15,000

2006 Range Rover Sport - Brandolino cousin valued at $25,000

Vacation Resort Vatulele Figi valued at $20,000

2015 Honda Pilot – Brandolino, valued at $15,000; $30,000 cash in hidden compartment

Six-month rental and security deposit New Jersey – Brandolino, $28,000

2014 Toyota Prius valued at $14,000 – Brandolino

Westin Los Cabos Resort golf trip valued at $ $10,000 - Matt Boyer, Dennis Yune, Marcus LNU

Frosty Rucker Wedding Resort San Jose del Cabo Private jet valued at $15,500

Frosty Rucker bachelor party and fishing trip, Costa Rica valued at $14,500

Los Suenos Costa Rica Condominium Project valued at $52,000 – Jeff Bellandi and Eric Fonoioma

Bank of China Australia safe deposit box, Owen Hanson, $50,000

2008 Ford F-150 Brandolino valued at $14,000

2006 Ford F-150 Paulie Aliota valued at $13,000

Art for Lou's on the Hill valued at $5,000

Brown Safe Charlie D'Agostino, $19,000

XS Club Wynn Hotel, Las Vegas, $20,000

Wet Republic Club, Las Vegas, $14,000

Coachella Valley Music and Arts Festival VIP tickets, $10,000

Aria Las Vegas Resort and Casino, $25,000

Pelican Hill Golf Club membership, $10,000

Pelican Hill fees, $16,000

Mountaingate Country Club, Los Angeles, $30,000

Pay Pal purchases, $12,000

Johnny Sandwich Bohemian Café, Beverly Hills, $50,000.

The Preliminary Order of Criminal Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the forfeited properties in such a manner as the United States Attorney General may direct.

In accordance with applicable law and procedures as set forth in 21 U.S.C. § 853(n)(1) through (7), any person having or claiming a legal right, title or interest in the aforementioned properties must file a petition with the United States District Court, Southern District of California, Office of the Clerk of Court, 333 West Broadway, Suite 420, San Diego CA 92101, within thirty (30) days of receipt of this notice for a hearing to adjudicate the validity of the alleged interest. The petition shall be signed by the petitioner under penalty of perjury, specify the property

claimed, set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

A copy of said petition for a hearing must be served upon:

ANDREW P. YOUNG
Assistant U.S. Attorney
Attention: Mary I. Apgar (FSA)
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893.

DATED: February 26, 2018.

ADAM L. BRAVERMAN
United States Attorney

ANDREW P. YOUNG
Assistant U.S. Attorney



FILED

DEC 1 5 2017

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OWEN HANSON (1),

Defendant.

Case No.  15cr2310-WQH

ORDER OF CRIMINAL
FORFEITURE

WHEREAS, in the Superseding Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in property of Defendant OWEN HANSON (1) ("Defendant"), pursuant to Title 18, United States Code, Section 1963(a), and Title 21, United States Code, Section 853(a), as alleged in the Superseding Indictment; and

WHEREAS, on or about January 10, 2017, Defendant pled guilty before Magistrate Judge Mitchell D. Dembin to Counts 1 and 4  of the Superseding Indictment, including an agreement to forfeit to the United States all properties constituting any interest Defendant OWEN HANSON acquired or maintained in violation of section 1962, any interests in, security of, claims against and property or contractual right of any kind affording a source of influence over the enterprise which Defendant OWEN HANSON established, operated, controlled, conducted, or participated in the conduct of, in violation of section 1962, and any property

constituting, or derived from, any proceeds which Defendant OWEN HANSON obtained, directly or indirectly, from racketeering activity in violation of section 1962; and  any property constituting, or derived from, any proceeds Defendant OWEN HANSON obtained, directly or indirectly, as the result of the violation of Title 21, and all of Defendant OWEN HANSON's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the Title 21 violation.  Defendant OWEN HANSON further agreed to the forfeiture of $5,000,000 in proceeds Defendant received from the offenses.  The forfeitures shall be included and incorporated as part of the judgment in this case, including but not limited to:

$5,000,000 in proceeds

$115,789.02 in funds from Business Account Number 976481770 held in the name of Inmobilaria Rolling Hills SA de CV, at JPMorgan Chase Bank

2011 Porsche Panamera, VIN: WP0AA2A72BL019885, valued at $100,000

Gold and silver coins, bullion, and bars seized 3/16/2017 and valued at $69,635.19

$111,800.00 U.S. Currency seized on 8/5/2016

Western Union Money Orders totaling $2,090 seized on 1/27/2016 from 616 Shadybrook Lane #211, Corona, CA

$2,474.00 U.S. Currency seized on 1/27/2016 from 616 Shadybrook Lane #211, Corona, CA

One frame containing miscellaneous foreign currency (₣1000 Swiss Franc, €500 Euro note, AU$100 Australian Dollar) and $1,000 U.S. Dollar note seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

10oz Australian silver; One kilo of Australian silver seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

Five (5) plastic cases containing ninety-nine (99) U.S. Liberty Silver Dollars seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

Three (3) watches: Curtis & Co.; Hublot; Dior seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

//

Six (6) watches: Black Porsche design; Richard Mille; Audemars Piguet; Hublot; Vestal; Hublot; Hublot seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA;

Six (6) $50 U.S. gold coins seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

One (1) silver and black bracelet, a 2004 Rose Bowl watch, and a 2005 Orange Bowl watch seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

One (1) D. Yurman 925 silver necklace with pendant, a brown band Curtis & Co. watch, a white band Curtis 7 Co. watch, and a black band Curtis & Co. watch seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

One (1) Royal Oak Offshore watch bearing serial #354 seized on 9/9/2015 from a Porsche Panamera in possession of Owen Hanson

$281.17 U.S. Currency seized on 9/9/2015 from a Porsche Panamera in possession of Owen Hanson

One (1) $5,000 Placer County Water Agency Bond No. A18419 seized on 9/9/2015 from US Private Vaults, Box 312, 9812 W. Olympic Blvd., Beverly Hills, CA

Eight (8) plastic containers each with twenty (20) one ounce silver coins seized on 9/9/2015 from US Private Vaults, Box 312, 9812 W. Olympic Blvd., Beverly Hills, CA

Eleven (11) plastic containers each containing twenty (20) one ounce silver coins seized on 9/9/2015 from US Private Vaults, Box 4102, 9812 W. Olympic Blvd., Beverly Hills, CA

One (1) white/clear container with ten (10) one ounce coins seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Twenty-six (26) ten ounce silver bars seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Ten (10) one ounce silver coins with Australian Koalas seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

One (1) one ounce silver coin loose in box seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

One (1) five ounce silver coin in clear container seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Nine (9) containers with green caps containing twenty (20) one ounce silver coins per container seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

1    Six (6) white/clear containers with twenty (20) one ounce silver coins per container seized on 9/9/2015 from US Private Vaults, Box 4404,
2    9812 W. Olympic Blvd., Beverly Hills, CA

3    $50,000.00 U.S. Currency

4    Condominium in Lima, Peru, valued at $250,000 - Vanessa Rodriguez

5    Cabo San Lucas B.C Mexico house under construction; sold interest in
6    9/2015 for $100,000 (Charlie D'Agostino)

7    54' Sailboat titled in name of Paulie Aliota Newport Beach, CA, valued at $140,000

8    $800,000 invested in Lou's on the Hill Restaurant, Torrance, CA

9    1/4 interest in unknown number of shares in 3000 sq. ft. house in Punta
10   Arenas, Costa Rica, $400,000

11   Gold and silver valued at approx. $50,000 at Blue Vault San Diego

12   1000 1-oz. silver Canadian Maple Leaf coins valued at $18,000

13   $195,000 cash held by Kenny Bilinski

14   $140,000 cash held by Giovanni Brandolino

15   $10,000 cash of the Defendant held in Banco de Costa Rica

16   $300,000 cash held by Tim from New York (lives in Miami/LA)

17   $120,000 cash held by Jeff Bellandi

18   $30,000 cash held by Marlyn Villareal

19   2009 Chevrolet Suburban Mobile Office, Mike's Limo valued at $90,000

20   Jet Smarter private jet service annual fee, $15,000

21   2007 Chevrolet Tahoe, Costa Rica valued at $25,000

22   $2.5 million cash held by R.J. Cipriani

23   $702,000 cash held by Shaun Caralen, Australia

24   2006 Range Rover in OC Mike's name valued at $15,000

25   2006 Range Rover Sport - Brandolino cousin valued at $25,000

26   Vacation Resort Vatulele Figi valued at $20,000

27   2015 Honda Pilot – Brandolino, valued at $15,000; $30,000 cash in
28   hidden compartment

1  Six-month rental and security deposit New Jersey – Brandolino, $28,000

2  

3  2014 Toyota Prius valued at $14,000 – Brandolino

4  Westin Los Cabos Resort golf trip valued at $ $10,000 - Matt Boyer, Dennis Yune, Marcus LNU

5  Frosty Rucker Wedding Resort San Jose del Cabo Private jet valued at $15,500

6  

7  Frosty Rucker bachelor party and fishing trip, Costa Rica valued at $14,500

8  Los Suenos Costa Rica Condominium Project valued at $52,000 – Jeff Bellandi and Eric Fonoioma

9  

10  Bank of China Australia safe deposit box, Owen Hanson, $50,000

11  2008 Ford F-150 Brandolino valued at $14,000

12  2006 Ford F-150 Paulie Aliota valued at $13,000

13  Art for Lou's on the Hill valued at $5,000

14  Brown Safe Charlie D'Agostino, $19,000

15  XS Club Wynn Hotel, Las Vegas, $20,000

16  Wet Republic Club, Las Vegas, $14,000

17  Coachella Valley Music and Arts Festival VIP tickets, $10,000

18  Aria Las Vegas Resort and Casino, $25,000

19  Pelican Hill Golf Club membership, $10,000

20  Pelican Hill fees, $16,000

21  Mountaingate Country Club, Los Angeles, $30,000

22  Pay Pal purchases, $12,000

23  Johnny Sandwich Bohemian Café, Beverly Hills, $50,000; and

24  WHEREAS, on February 9, 2017 this Court accepted the guilty pleas of

25  Defendant; and

26  WHEREAS, by virtue of said guilty pleas, the United States is now entitled to

27  possession of the forfeitable properties, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)

28  of the Federal Rules of Criminal Procedure; and

- 5 -

15cr2310

1    WHEREAS, pursuant to Rule 32.2(b), the United States having requested the
2    authority to take custody of the forfeitable properties which are hereby found
3    forfeitable by the Court; and

4    WHEREAS, by virtue of the admissions of the Defendant set out in the plea
5    agreement and guilty plea, the Court hereby determines that $5,000,000 U.S. dollars
6    represents proceeds that Defendant OWEN HANSON obtained directly as a result of
7    the offenses to which Defendant pled guilty, as charged in the Superseding
8    Indictment; and

9    WHEREAS, by virtue of said guilty pleas and the Court's findings, the
10   United States is now entitled to an Order of Forfeiture in its favor against the
11   Defendant for the proceeds received by the Defendant in the amount of $5,000,000,
12   pursuant to 18 U.S.C. § 1963(a) and 21 U.S.C. § 853(a)(1); and

13   WHEREAS, the Defendant has agreed that the provisions for the substitution
14   of assets as provided in 21 U.S.C., § 853(p) exist and has agreed the United States
15   may take actions to collect the forfeiture; and

16   WHEREAS, the United States, having submitted the Order herein to the
17   Defendant through his attorney of record, to review, and no objections having been
18   received;

19   Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

20   1.    Based upon the guilty plea of the Defendant, the following properties
21   are hereby ordered forfeited to the United States: all right, title and interest of
22   Defendant OWEN HANSON (1) in all properties constituting any interest the
23   Defendant OWEN HANSON has acquired or maintained in violation of section
24   1962; any interest in, security of, claim against; and property or contractual right of
25   any kind affording a source of influence over any enterprise which the Defendant
26   OWEN HANSON has established, operated, controlled, conducted, or participated in
27   the conduct of, in violation of section 1962; and any property constituting, or derived
28   from, any proceeds which the Defendant OWEN HANSON obtained, directly or

1 indirectly, from racketeering activity or unlawful debt collection in violation of

2 section 1962; and  any property constituting, or derived from, any proceeds the

3 Defendant OWEN HANSON obtained, directly or indirectly, as the result of the

4 violation of Title 21, and all of Defendant OWEN HANSON's property used, or

5 intended to be used, in any manner or part, to commit, or to facilitate the commission

6 of the Title 21 violation.

7       2.     It is further ordered that the United States is hereby authorized to take

8 custody and control of the following properties, to the extent possible and practical,

9 and all right, title and interest of Defendant OWEN HANSON (1) in them are hereby

10 forfeited to the United States for disposition in accordance with the law, subject to

11 the provisions of 21 U.S.C. § 853(n):

12      $115,789.02 in funds from Business Account Number 976481770 held
        in the name of Inmobilaria Rolling Hills SA de CV, at JPMorgan Chase
13      Bank

14      2011 Porsche Panamera, VIN: WP0AA2A72BL019885, valued at
        $100,000
15

        Gold and silver coins, bullion, and bars seized 3/16/2017 and valued at
16      $69,635.19

17      $111,800.00 U.S. Currency seized on 8/5/2016

18      Western Union Money Orders totaling $2,090 seized on 1/27/2016 from
        616 Shadybrook Lane #211, Corona, CA
19

        $2,474.00 U.S. Currency seized on 1/27/2016 from 616 Shadybrook
20      Lane #211, Corona, CA

21      One frame containing miscellaneous foreign currency (F1000 Swiss
        Franc, €500 Euro note, AU$100 Australian Dollar) and $1,000 U.S.
22      Dollar note seized on 9/9/2015 from 7950 West Sunset Blvd., Los
        Angeles, CA
23

        10oz Australian silver; One kilo of Australian silver seized on 9/9/2015
24      from 7950 West Sunset Blvd., Los Angeles, CA

25      Five (5) plastic cases containing ninety-nine (99) U.S. Liberty Silver
        Dollars seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles,
26      CA

27      Three (3) watches: Curtis & Co.; Hublot; Dior seized on 9/9/2015 from
        7950 West Sunset Blvd., Los Angeles, CA
28

Six (6) watches: Black Porsche design; Richard Mille; Audemars Piguet; Hublot; Vestal; Hublot seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA;

Six (6) $50 U.S. gold coins seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

One (1) silver and black bracelet, a 2004 Rose Bowl watch, and a 2005 Orange Bowl watch seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

One (1) D. Yurman 925 silver necklace with pendant, a brown band Curtis & Co. watch, a white band Curtis 7 Co. watch, and a black band Curtis & Co. watch seized on 9/9/2015 from 7950 West Sunset Blvd., Los Angeles, CA

One (1) Royal Oak Offshore watch bearing serial #354 seized on 9/9/2015 from a Porsche Panamera in possession of Owen Hanson

$281.17 U.S. Currency seized on 9/9/2015 from a Porsche Panamera in possession of Owen Hanson

One (1) $5,000 Placer County Water Agency Bond No. A18419 seized on 9/9/2015 from US Private Vaults, Box 312, 9812 W. Olympic Blvd., Beverly Hills, CA

Eight (8) plastic containers each with twenty (20) one ounce silver coins seized on 9/9/2015 from US Private Vaults, Box 312, 9812 W. Olympic Blvd., Beverly Hills, CA

Eleven (11) plastic containers each containing twenty (20) one ounce silver coins seized on 9/9/2015 from US Private Vaults, Box 4102, 9812 W. Olympic Blvd., Beverly Hills, CA

One (1) white/clear container with ten (10) one ounce coins seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Twenty-six (26) ten ounce silver bars seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Ten (10) one ounce silver coins with Australian Koalas seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

One (1) one ounce silver coin loose in box seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

One (1) five ounce silver coin in clear container seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

Nine (9) containers with green caps containing twenty (20) one ounce silver coins per container seized on 9/9/2015 from US Private Vaults, Box 4404, 9812 W. Olympic Blvd., Beverly Hills, CA

15cr2310

1   Six (6) white/clear containers with twenty (20) one ounce silver coins
2   per container seized on 9/9/2015 from US Private Vaults, Box 4404,
    9812 W. Olympic Blvd., Beverly Hills, CA

3   $50,000.00 U.S. Currency

4   Condominium in Lima, Peru, valued at $250,000 - Vanessa Rodriguez

5   Cabo San Lucas B.C Mexico house under construction; sold interest in
6   9/2015 for $100,000 (Charlie D'Agostino)

7   54' Sailboat titled in name of Paulie Aliota Newport Beach, CA, valued
    at $140,000

8   $800,000 invested in Lou's on the Hill Restaurant, Torrance, CA

9   1/4 interest in unknown number of shares in 3000 sq. ft. house in Punta
10  Arenas, Costa Rica, $400,000

11  Gold and silver valued at approx. $50,000 at Blue Vault San Diego

12  1000 1-oz. silver Canadian Maple Leaf coins valued at $18,000

13  $195,000 cash held by Kenny Bilinski

14  $140,000 cash held by Giovanni Brandolino

15  $10,000 cash of the Defendant held in Banco de Costa Rica

16  $300,000 cash held by Tim from New York (lives in Miami/LA)

17  $120,000 cash held by Jeff Bellandi

18  $30,000 cash held by Marlyn Villareal

19  2009 Chevrolet Suburban Mobile Office, Mike's Limo valued at
    $90,000

20  Jet Smarter private jet service annual fee, $15,000

21  2007 Chevrolet Tahoe, Costa Rica valued at $25,000

22  $2.5 million cash held by R.J. Cipriani

23  $702,000 cash held by Shaun Caralen, Australia

24  2006 Range Rover in OC Mike's name valued at $15,000

25  2006 Range Rover Sport - Brandolino cousin valued at $25,000

26  Vacation Resort Vatulele Figi valued at $20,000

27  2015 Honda Pilot – Brandolino, valued at $15,000; $30,000 cash in
28  hidden compartment

Six-month rental and security deposit New Jersey – Brandolino, $28,000

2014 Toyota Prius valued at $14,000 – Brandolino

Westin Los Cabos Resort golf trip valued at $ $10,000 - Matt Boyer, Dennis Yune, Marcus LNU

Frosty Rucker Wedding Resort San Jose del Cabo Private jet valued at $15,500

Frosty Rucker bachelor party and fishing trip, Costa Rica valued at $14,500

Los Suenos Costa Rica Condominium Project valued at $52,000 – Jeff Bellandi and Eric Fonoioma

Bank of China Australia safe deposit box, Owen Hanson, $50,000

2008 Ford F-150 Brandolino valued at $14,000

2006 Ford F-150 Paulie Aliota valued at $13,000

Art for Lou's on the Hill valued at $5,000

Brown Safe Charlie D'Agostino, $19,000

XS Club Wynn Hotel, Las Vegas, $20,000

Wet Republic Club, Las Vegas, $14,000

Coachella Valley Music and Arts Festival VIP tickets, $10,000

Aria Las Vegas Resort and Casino, $25,000

Pelican Hill Golf Club membership, $10,000

Pelican Hill fees, $16,000

Mountaingate Country Club, Los Angeles, $30,000

Pay Pal purchases, $12,000

Johnny Sandwich Bohemian Café, Beverly Hills, $50,000.

The Defendant OWEN HANSON is further ordered to fully cooperate and assist the United States in enforcing and collecting the amounts described above.

2.    The forfeited properties are to be held by the United States Marshals Service in its secure custody and control.

//

1       3.    As to all properties brought into the custody of the United States and

2    pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin

3    proceedings consistent with any statutory requirements pertaining to ancillary

4    hearings and rights of third parties. The Court shall conduct ancillary proceedings as

5    the Court deems appropriate only upon the receipt of timely third party petitions filed

6    with the Court and served upon the United States. The Court may determine any

7    petition without the need for further hearings upon the receipt of the Government's

8    response to any petition. The Court may enter an amended order without further

9    notice to the parties.

10       4.    Pursuant to the Attorney General's authority under Section 853(n)(1) of

11    Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the

12    Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

13    the United States forthwith shall publish for thirty (30) consecutive days on the

14    Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of

15    the United States' intent to dispose of the properties in such manner as the Attorney

16    General may direct, and notice that any person, other than the Defendant, having or

17    claiming a legal interest in the above-listed forfeited properties must file a petition

18    with the Court within thirty (30) days of the final publication of notice or of receipt of

19    actual notice, whichever is earlier.

20       5.    This notice shall state that the petition shall be for a hearing to

21    adjudicate the validity of the petitioner's alleged interest in the property, shall be

22    signed by the petitioner under penalty of perjury, and shall set forth the nature and

23    extent of the petitioner's right, title or interest in the forfeited property and any

24    additional facts supporting the petitioner's claim and the relief sought.

25       6.    The United States shall also, to the extent practicable, provide direct

26    written notice to any person known to have alleged an interest in the properties that

27    are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for

28    published notice as to those persons so notified.

15cr2310

1      7.    Upon adjudication of all third-party interests, this Court will enter an

2   Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the

3   aforementioned assets, in which all interests will be addressed.

4      IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

5      8.    In addition to forfeiture of the forfeitures of properties described above,

6   Defendant OWEN HANSON is hereby ordered to forfeit to the United States the sum

7   of $5,000,000 pursuant to 18 U.S.C. § 1963(a) and 21 U.S.C. § 853(a)(1), as the

8   proceeds Defendant received from his offenses of conviction, which forfeiture

9   judgment is in favor of the United States against Defendant OWEN HANSON (1),

10  with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C.

11  § 1961; and

12     9.    This Court shall retain jurisdiction in the case for the purpose of

13  enforcing this entire order of forfeiture and collecting and enforcing the forfeiture

14  judgment against the Defendant OWEN HANSON who is further ordered to use his

15  best efforts to fully satisfy and pay the forfeiture judgment; and

16     10.   Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final

17  as to the Defendant at the time of sentencing and is part of the sentence and included

18  in the judgment; and

19     11.   Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct

20  discovery to identify, locate, or dispose of directly forfeitable assets and substitute

21  assets against which this Order of Forfeiture may be enforced; and

22     12.   The United States may, at any time, move pursuant to Rule 32.2(e) to

23  amend this Order of Forfeiture to substitute property to satisfy the forfeiture in whole

24  or in part; and

25  //

26  //

27  //

28

1    13.    The United States may take any and all actions available to it to collect

2  and enforce the entirety of the forfeitures ordered.

3         DATED:

4         12/15/17

5                                    WILLIAM Q. HAYES, Judge
                                     United States District Court
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 13 -                                           15cr2310



TRK# 7716 0791 7530
0201

95 SDMA

FRI - 02 MAR 4:30P
EXPRESS SAVER

92101
CA-US SAN

ORIGIN ID:SDMA (619) 546-8575
MARY APGAR
USAOSDCA
860 FRONT STREET
SUITE 293
SAN DIEGO, CA 92101
UNITED STATES US

TO KNUT S. JOHNSON, ESQ.

550 WEST C STREET, SUITE 790

SAN DIEGO CA 92101

(619) 546-8575
INV
PO
REF OWEN HANSON
DEPT

SHIP DATE: 27FEB18
ACTWGT 0.00 LB
CAD: 108095740/NET3990

BILL SENDER

552J1/07F5/DCA5

FedEx
Express

E

J181118912501urz

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

2/27/2018